



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED

AUG 2 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MONTOYA,<br><br>Defendant. | No.  2:13-mj-00260-DAD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release ROBERT MONTOYA  Case No.

2:13-mj-00260-DAD from custody for the following reasons:

   X     In light of the Government's motion to dismiss the complaint

in the Southern District of California, the defendant is

released from custody on his own recognizance.

_____ Bail Posted in the Sum of $_____

   \_\_ Unsecured Appearance Bond

   \_\_ Appearance Bond with 10% Deposit

   \_\_ Appearance Bond with Surety

   \_\_ Corporate Surety Bail Bond

   \_\_\_\_ (Other): _____

Issued at Sacramento, California on August 23, 2013.

_____

UNITED STATES MAGISTRATE JUDGE